IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY DARDEN, individually and on
behalf of all others similarly situated                                          PLAINTIFF

V.                                         Case No. 4:16-cv-4023

SOUTHWEST ARKANSAS
DEVELOPMENT, INC., d/b/a
Southwest Arkansas Development Council                                 DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Rule 23 Certification.  ECF No. 11.  Defendant has filed a response.  ECF No. 17.  Plaintiff has filed a reply.  ECF No. 20.  The Court finds that the motion is ripe for the Court's consideration.  On August 3, 2016, the Court entered an order declining to exercise supplemental jurisdiction over the state law class claims in this case.  ECF No. 30.  The state law class claims are the only class claims alleged in this case.  Accordingly, Plaintiff's Motion for Rule 23 Certification of these claims is **DENIED AS MOOT**.

IT IS SO ORDERED, this 3rd day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge