IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY DARDEN, *et al.*                                              PLAINTIFFS

V.                              CASE NO. 16-CV-4023

SOUTHWEST ARKANSAS DEVELOPMENT, INC., d/b/a
SOUTHWEST ARKANSAS DEVELOPMENT COUNCIL                DEFENDANT

## ORDER

The trial of this matter is scheduled for the week of February 27, 2017. The Court finds that, due to an unexpected change in the trial docket, a *sua sponte* continuance is necessary. Accordingly, the trial of this matter is hereby continued and is now rescheduled for the week of June 19, 2017. The deadlines imposed by the Court's previous Final Scheduling Order (ECF No. 29) have passed and are not extended by this Order.

**IT IS SO ORDERED**, this 13th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge