IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


RICKY DARDEN; CAROLYN HAYES;
ANGELA LAFAYETTE; and JARVIS YOUNG                          PLAINTIFFS


V.                          CASE NO. 16-CV-4023


SOUTHWEST ARKANSAS DEVELOPMENT, INC., d/b/a
SOUTHWEST ARKANSAS DEVELOPMENT COUNCIL                DEFENDANT


## ORDER

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 35. Plaintiff Darden has filed a response. ECF No. 41. Defendant has filed a reply. ECF No. 44. The Court finds this matter ripe for consideration.

Defendant filed the present Motion for Summary Judgment on November 30, 2016. ECF No. 35. Subsequently, Plaintiff Darden was given leave and filed a Second Amended and Substituted Complaint on December 21, 2016. ECF No. 43. In the Second Amended and Substituted Complaint Plaintiff Darden (1) joined three additional plaintiffs, (2) removed Rule 23 class allegations, (3) amended the factual allegations, and (4) corrected certain clerical errors.

"It is well-established that an amended complaint supersedes an original complaint and renders the original complaint without legal effect." *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000). Defendant's Motion for Summary Judgment was filed prior to Plaintiffs' Second Amended and Substituted Complaint and as such addresses a superseded complaint. Therefore, The Court finds that Defendant's Motion for Summary Judgment (ECF No. 35) should be and hereby is **DENIED AS MOOT**.

Although the time to file dispositive motions has passed, Defendant is hereby given leave to file a dispositive motion to reflect the changes in Plaintiffs' Second Amended and Substituted Complaint. Defendant shall have twenty-one (21) days from the date of this Order in which to file dispositive motions. Plaintiffs shall have ten (10) days to file a response to any dispositive motion. Defendant shall have seven (7) days to file a reply.

**IT IS SO ORDERED**, this 16th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge