IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY DARDEN; CAROLYN HAYES;
ANGELA LAFAYETTE; and JARVIS YOUNG    PLAINTIFFS

V.                          CASE NO. 4:16-CV-4023

SOUTHWEST ARKANSAS DEVELOPMENT, INC., d/b/a
SOUTHWEST ARKANSAS DEVELOPMENT COUNCIL    DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion for Stay Pending Settlement. ECF No. 60. The Court finds this matter ripe for consideration.

The parties inform the Court that they have reached a settlement in the present action and that "Defendant is obligated to make final payment of the settlement amount not later than June 30, 2018." ECF No. 60, ¶ 2. The parties further state that "[i]f Defendant fails to fully pay by June 30, 2018, the Plaintiffs are entitled to a stipulated judgment for any remaining amount not paid" and Plaintiffs will petition the Court for the entry of an appropriate judgment. ECF No 60, ¶¶ 3, 5. Furthermore, the parties state that they will file a stipulation of dismissal if Defendant makes the agreed-upon payment.

Upon consideration, the Court is satisfied that the interests of judicial economy and efficiency will be best served by staying the present action. Accordingly, the Court finds that the parties' Joint Motion for Stay Pending Settlement (ECF No. 60) should be and hereby is **GRANTED**. Therefore, this action is hereby stayed and administratively closed until June 30, 2018. Furthermore, the parties are hereby ordered to file a status report with the Clerk of Court every ninety (90) days while the stay is in place.

**IT IS SO ORDERED**, this 21st day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge